NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ISSAM MANSOUR,<br><br>        Plaintiff - Appellant,<br><br>  v.<br><br>CAL-WESTERN RECONVEYANCE CORP.; et al.,<br><br>        Defendants - Appellees. | No. 09-16778<br><br>D.C. No. 2:09-cv-00037-DGC<br><br>MEMORANDUM[*] |

Appeal from the United States District Court
for the District of Arizona
David G. Campbell, District Judge, Presiding

Submitted May 25, 2010[**]

Before:    CANBY, THOMAS, and W. FLETCHER, Circuit Judges.

   Issam Mansour appeals from the district court's judgment dismissing his

action concerning foreclosure proceedings initiated by defendants.  We have

_____

   [*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

   [**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).  Accordingly, Mansour's
request for oral argument is denied.

jurisdiction under 28 U.S.C. § 1291.  We review de novo a dismissal under Federal Rule of Civil Procedure 12(b)(6), *Seinfeld v. Bartz*, 322 F.3d 693, 696 (9th Cir. 2003), and we review for an abuse of discretion a denial of a motion to alter or amend a judgment, *Sch. Dist. No. 1J, Multnomah County, Or. v. ACandS, Inc.*, 5 F.3d 1255, 1262 (9th Cir. 1993).

We affirm for the reasons stated in the district court's orders entered on April 21, 2009, and July 15, 2009.

**AFFIRMED.**